1  Deverie J. Christensen, Bar #6596
   christensend@jacksonlewis.com
2  Mahna Pourshaban, Bar #13743
   mahna.pourshaban@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461

6  *Attorneys for Defendant*
   *Aria Resort & Casino LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH DOMINGUEZ, | Case No. 2:15-cv-01437-GMN-GWF |
| Plaintiff, | |
| vs. | **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |
| ARIA RESORT & CASINO LAS VEGAS, | |
| Defendant. | |

The undersigned counsel of record for Defendant Aria Resort & Casino LLC, improperly named as Aria Resort & Casino Las Vegas, certifies that the following have an interest in the outcome of this case:

- Aria Resort & Casino LLC;
- CityCenter Holdings, LLC; and
- MGM Resorts International. MGM Resorts International is publicly traded on the New York Stock Exchange, symbol "MGM".

1  These representations are made to enable judges of the Court to evaluate possible recusal.

2  Dated this 3rd day of May, 2016.

3                                                          JACKSON LEWIS P.C.

5                                                          /s/ Mahna Pourshaban
   Deverie J. Christensen, Bar #6596
6  Mahna Pourshaban, Bar #13743
   3800 Howard Hughes Parkway, Suite 600
7  Las Vegas, Nevada 89169

8  *Attorneys for Defendant*
   *Aria Resort & Casino LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 3rd day of May, 2016, I caused to be served via U.S. Mail, postage prepaid, a true and correct copy of the above foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** properly addressed to the following:

Elizabeth Dominguez
190 E. Silverado Ranch Blvd.
Apt. #101
Las Vegas, Nevada 89183

*Pro Per Plaintiff*

        /s/ Emily Santiago
Employee of Jackson Lewis P.C.