UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH DOMINGUEZ, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-1437-GMN-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| ARIA RESORT AND CASINO, | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 5) in this matter was filed February 17, 2016. Defendant filed a Motion to Dismiss (ECF No. 9) on April 21, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 23, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 15th day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge